UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DELIS B. PIERRE (#498929)

VERSUS

SGT. CHRISTOPHER JAMES, ET AL.

CIVIL ACTION

NO. 14-748-JJB-RLB

RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 26, 2015 (doc. no. 4). The plaintiff filed an objection which lacks merit and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the court declines to exercise supplemental jurisdiction over any potential state law claims and this action is dismissed as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana, this 12th day of August, 2015.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA